[No. 5974–1. Division One. March 26, 1979.]

THERON WOOD, *Appellant,* v. VALLEY REFRIGERATION, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 800806, Frank J. Eberharter, J., entered September 9, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Williams and Ringold, JJ.

[No. 6140–1. Division One. March 26, 1979.]

*In the Matter of the Welfare of*
SCOTT W. SANEK.

Appeal from a judgment of the Superior Court for King County, No. J–81705, Jerome M. Johnson, J., entered November 16, 1977. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson and Ringold, JJ.

[No. 6196–1. Division One. March 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE CRUZ LUCERO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83071, David C. Hunter, J., entered December 1, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen and Ringold, JJ.